HARMEET K. DHILLON, ESQ. (SBN: 207873)
NITOJ P. SINGH, ESQ. (SBN: 265005)
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
hdhillon@dhillonsmith.com
nsingh@dhillonsmith.com

Attorneys for Plaintiff NETGEAR, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> EAEGIS LLC, a Florida limited liability company, and MOHAMED MAWJI, an individual, <br><br> Defendants. | Case No.: C 11-03745 ME <br><br> [Proposed] **Order Granting Request for Extension to File Case Management Statement and Rule 26(f) Report and Continuation of Case Management Conference** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

1. Plaintiff and Defendants shall file a Case Management Statement and Rule 26(f) Report by December 19, 2011.

///

///

---

[Proposed] Order Granting Request for Extension to File Case Management Statement and Rule 26(f) Report and Continuation of Case Management Conference

D<small>HILLON</small> & S<small>MITH</small> <small>LLP</small>

-1-

-2-

2. The Initial Case Management Conference set for November 10, 2011 shall be continued to January 5, 2012 in Courtroom B, 15th Floor, Phillip Burton Federal Building & United States Courthouse, San Francisco, California at 10:00 a.m.

IT IS SO ORDERED.

Date: _November 7, 2011_  _____
Honorable Maria-Elena James
United States Magistrate Judge

[Proposed] Order Granting Request for Extension to File Case Management Statement and Rule 26(f) Report and Continuation of Case Management Conference

DHILLON & SMITH LLP

-2-