HARMEET K. DHILLON, ESQ. (SBN: 207873)
NITOJ P. SINGH, ESQ. (SBN: 265005)
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
hdhillon@dhillonsmith.com
nsingh@dhillonsmith.com

Attorneys for Plaintiff NETGEAR, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>EAEGIS LLC, a Florida limited liability company, and MOHAMED MAWJI, an individual,<br><br>            Defendants. | Case No.: C 11-03745 ME<br><br>**[Proposed] Order Granting Request for Extension to File Case Management Statement and Rule 26(f) Report and Continuation of Case Management Conference** |

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

    1.    Plaintiff and Defendants shall file a Case Management Statement and Rule 26(f) Report by December 19, 2011.

///

///

---

[Proposed] Order Granting Request for Extension to File Case Management Statement and Rule 26(f) Report and Continuation of Case Management Conference

D<small>HILLON</small> & S<small>MITH</small> <small>LLP</small>

-1-

1    2.	The Initial Case Management Conference set for November 10, 2011 shall
2 be continued to January 5, 2012 in Courtroom B, 15th Floor, Phillip Burton Federal
3 Building & United States Courthouse, San Francisco, California at 10:00 a.m.
4         IT IS SO ORDERED.

6 Date: _November 7, 2011_	_____
7 	Honorable Maria-Elena James
 	United States Magistrate Judge

---

[Proposed] Order Granting Request for Extension to File Case Management Statement and Rule 26(f) Report and Continuation of Case Management Conference

D̲HILLON & S̲MITH LLP

-2-