HARMEET K. DHILLON, ESQ. (SBN: 207873)
NITOJ P. SINGH, ESQ. (SBN: 265005)
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
hdhillon@dhillonsmith.com
nsingh@dhillonsmith.com

Attorneys for Plaintiff NETGEAR, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAEGIS LLC, a Florida limited liability company, and MOHAMED MAWJI, an individual,<br><br>Defendants. | Case No.: C 11-03745 ME<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Action Filed: July 29, 2011 |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Date:  December 14, 2011                              Dhillon & Smith LLP

                                                                         By:   /s/
Date:  December 15, 2011                                   Nitoj P. Singh
                                                                         Attorneys for Plaintiff NETGEAR, Inc.

[STAMP: GRANTED / Judge Maria-Elena James / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

NOTICE OF VOLUNTARY DISMISSAL                                                         DHILLON & SMITH LLP